UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Teresa Smith, | Court File No. 17-CV-928 PAM/DTS |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Lincoln National Life Insurance Company, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Teresa Smith and Defendant Lincoln National Life Insurance Company that the above-captioned action, is dismissed with prejudice, and without an award of costs, disbursements, or attorneys' fees to any party.

Dated: December 18, 2017        s/Robert Leighton
                                Robert Leighton
                                **NOLAN, THOMPSON & LEIGHTON, PLC**
                                5001 American Boulevard West
                                Suite 595
                                Bloomington, MN  55437
                                952-405-7171
                                rleighton@rmtlaw.com

                                **ATTORNEYS FOR PLAINTIFF**

1564522.1

Dated:   December 18, 2017        s/Terrance J. Wagener
                                                    Terrance J. Wagener
                                                    **MESSERLI & KRAMER P.A.**
                                                    100 South Fifth Street
                                                    Suite 1400
                                                    Minneapolis, MN  55402
                                                    Telephone: (612) 672-3600
                                                    twagener@messerlikramer.com

                                                    **ATTORNEYS FOR DEFENDANT**

1564522.1