UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teresa Smith,                                           Civ. No. 17-928 (PAM/DTS)

          Plaintiff,

v.                                                                          **ORDER**

Lincoln National Life Insurance Company,

          Defendant.

---

This matter is before the Court on the parties' Stipulation for Dismissal. (Docket No. 15.) Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 19, 2017

                                          *s/ Paul A. Magnuson*
                                          PAUL A. MAGNUSON
                                          United States District Court Judge